**ATTACHMENT A**

| Electric Generating Facility | Location/Address | Unit Number(s) |
|---|---|---|
| Bergen Generating Station | 10 Victoria Terr. Ridgefield, NJ, 07657 | CC, CC1 |
| Cromby Generating Station | 100 Cromby Rd. Phoenixville, PA, 19460 | 1, 2 |
| Eddystone Generating Station | Number 1 Industrial Hwy. Eddystone, PA, 19022 | 1, 2, 3, 4 |
| Hudson Generating Station, | Duffield & Van Keuren Aves. Jersey City, NJ, 07306 | 1, 2 |
| Linden Generating Station | 4001 South Wood Ave. Linden, NJ, 07036 | CC1, CC2 |
| Mercer Generating Station | 2512 Lamberton Rd. Hamilton, NJ, 08611 | 1, 2 |
| Sewaren Generating Station | 751 Cliff Rd. Sewaren, NJ, 07077 | 1, 2, 3, 4 |
| Schuylkill Generating Station | 2800 Christian St. Philadelphia, PA, 19146 | 1 |