**ATTACHMENT B**

| Electric Generating Facility | Location/Address | Unit Number(s) |
|---|---|---|
| Burlington Generating Station | W. Broad St. And Devlin Ave. Bordentown, NJ, 08505 | 9, 11, 12 |
| Chester Generating Station | Front and Ward Sts. Chester, PA 19013 | 7, 8, 9 |
| Croydon Generating Station | 955 River Rd. Croydon, PA, 19020 | 11, 12, 21, 22, 31, 32, 41, 42 |
| Delaware Generating Station | 1325 N. Beach St. Philadelphia, PA, 19125 | 9, 10, 11, 12 |
| Eddystone Generating Station | Number 1 Industrial Hwy. Eddystone, PA, 19022 | 10, 20, 30, 40 |
| Edison Generating Station | 164 Silver Lake Rd. Edison, NJ, 08817 | 1, 2, 3 |
| Essex Generating Station | 155 Raymond Blvd. Newark, NJ, 07105 | 9, 10, 11, 12 |
| Falls Generating Station | Bristol and Tyburn Rds. Fallsington, PA, 19067 | 1, 2, 3 |
| Kearny Generating Station | Foot of Hackensack Ave. Kearny, NJ, 07032 | 12 |
| Linden Generating Station | Grasselli Ave. Linden, NJ, 07036 | 5, 6, 7, 8 |
| Moser Generating Station | 1595 Industrial Hwy. Pottstown, PA 19464 | 1, 2, 3 |
| Richmond Generating Station | 3901 N. Delaware Ave. Philadelphia, PA, 19137 | 91, 92 |
| Schuylkill Generating Station | 2800 Christian St. Philadelphia, PA, 19146 | 10, 11 |
| Southwark Generating Station | 2501 S. Delaware Ave. Philadelphia, PA, 19148 | 3, 4, 5, 6 |