UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXELON CORPORATION )<br>)<br>and )<br>)<br>PUBLIC SERVICE ENTERPRISE )<br>GROUP INCORPORATED )<br>)<br>Defendants. )<br>) | CASE NUMBER: 1:06CV01138<br><br>JUDGE: John D. Bates |

SUBMISSION BY EXELON CORPORATION
AND PUBLIC SERVICE ENTERPRISE GROUP INCORPORATED
PURSUANT TO SECTION 5(g) OF THE CLAYTON ACT

Defendants Exelon Corporation ("Exelon") and Public Service Enterprise Group Incorporated ("PSEG") (collectively the "Defendants") make this submission pursuant to Section 5(g) of the Clayton Act, 15 U.S.C. §16(g), regarding written and oral communications between representatives of Defendants and any officer or employee of the United States concerning or relevant to the Proposed Final Judgment filed in this matter on June 22, 2006, other than communications involving only the Attorney General or employees of the Department of Justice and counsel of record for Defendants.

Other than communications solely between counsel of record for Defendants and employees of the Department of Justice, the following communications concerning or relevant to

the Proposed Final Judgment occurred and included the persons noted below, in addition to counsel of record for Defendants and employees of the Department of Justice:

On April 20, 2006, the following persons met with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Bailey, A. Joskow, R. Mehrberg, E. Moler, J. Morris, and E. Selover.

On April 24, 2006, the following persons met with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Bailey, A. Joskow, R. Mehrberg, E. Moler, J. Morris, and E. Selover.

On May 5, 2006, the following persons met with employees of the Department of Justice and discussed, among other topics, a settlement proposal: K. Cornew, E. Moler, J. Morris, T. O'Flynn, M. Schnitzer, and E. Selover.

On May 22, 2006, the following persons met with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Moler, M. Schnitzer, and E. Selover.

On May 24, 2006, the following persons met with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Moler and E. Selover.

On May 25, 2006, the following persons met with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Moler, M. Schnitzer, and E. Selover.

On May 26, 2006, the following persons had a telephone conversation with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Moler, M. Schnitzer, and E. Selover.

On May 30, 2006, the following persons had a telephone conversation with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Moler and E. Selover.

On June 7, 2006, the following persons had a telephone conversation with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Moler and E. Selover.

On June 9, 2006, the following persons had a telephone conversation with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Moler and E. Selover.

On June 9, 2006, the following persons had a telephone conversation with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Moler and E. Selover.

On June 12, 2006, the following persons had a telephone conversation with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Moler and E. Selover.

On June 13, 2006, the following persons had a telephone conversation with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Moler and E. Selover.

On June 13, 2006, the following persons had a telephone conversation with employees of the Department of Justice and discussed, among other topics, a settlement proposal: E. Moler and E. Selover.

Attached to this submission is a list setting forth the full names, titles, and affiliations of participants in such communications (other than employees of the Department of Justice or counsel of record for Defendants).

Exelon and PSEG hereby jointly certify that this disclosure complies with the requirements of Section 5(g) of the Clayton Act, 15 U.S.C. §16(g), and that this disclosure is a true and complete description of relevant communications known to Exelon and PSEG or of which Exelon and/or PSEG reasonably should have known.

Dated: July 7, 2006

For Exelon Corporation:

By: _____
John M. Nannes (DC Bar #195966)
John H. Lyons (DC Bar #453191)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
202 371-7500


For Public Service Enterprise Group Incorporated:

By: _____
Douglas G. Green (DC Bar #183343)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
202 429-6212

Elizabeth Bailey
Vice President
NERA Economic Consulting

Kenneth W. Cornew
Senior Vice President – Power Transactions
Exelon Generation Company

Andrew Joskow
Senior Vice President
NERA Economic Consulting

Randy Mehrberg
Executive Vice President, Chief Administrative Officer
& Chief Legal Officer
Exelon Corporation

Elizabeth A. Moler
Executive Vice President Government,
Environmental Affairs and Public Policy
Exelon Corporation

John R. Morris
Principal
Economists Incorporated

Thomas M. O'Flynn
Executive Vice President and CFO
Public Service Enterprise Group Incorporated

Michael M. Schnitzer
President
The Northbridge Group
Exelon Corporation

R. Edwin Selover
Senior Vice President and General Counsel
Public Service Enterprise Group Incorporated

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July 2006, a copy of the foregoing Submission by Exelon Corporation and Public Service Enterprise Group Incorporated Pursuant to Section 5(g) of the Clayton Act was served by first-class mail, postage prepaid, upon the following counsel for Plaintiff United States of America:

        Mark J. Niefer
        Trial Attorney
        United States Department of Justice
        Antitrust Division
        Suite 500
        325 7th St. NW
        Washington, D.C. 20530