# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA )
        Plaintiff(s) )  **APPEARANCE**
         )
        vs. )  CASE NUMBER    1:06-CV-01138-JDB
EXELON CORPORATION AND PUBLIC SERVICE )
ENTERPRISE GROUP INCORPORATED )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of     Douglas G. Green     as counsel in this
                                 (Attorney's Name)

case for:    Public Service Enterprise Group Incorporated
                        (Name of party or parties)

September 7, 2006                            __/s/_____
Date                                         Signature

                                             Douglas G. Green
#183343                                      Print Name
BAR IDENTIFICATION
                                             1330 Connecticut Ave., NW
                                             Address

                                             Washington,   DC       20036
                                             City         State     Zip Code

                                             (202) 429-6212
                                             Phone Number